IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KEYA DEONTE BAREFIELD                                                       PLAINTIFF

v.                                   Case No. 6:23-cv-6094

SGT. OSCAR RONDONI, PROGRAM
WARDEN TASHA GRIFFIN, DEPUTY
WARDEN RANDY STRAUGHN,
SUPERINTENDENT WARDEN JARED
BYERS, SERGEANT AIRRION DELANEY,
LT. JORDAN MONTGOMERY,
SGT. JASON SUTTON, CHAPLAIN DON
IORA/FLORA, CURTIS CLARK
(Grievance Coordinator), SGT. EVAN NALLY,
SGT. JAMES SMITH, LT. PAUL WALTER,
JUSTINE MINOR (Disciplinary Hearing Officer),
JANICE BLAKE (Disciplinary Hearing Officer),
KEITH WADDLE, SECONDARY DIRECTOR
LISA WOODS, WARDEN MARSHALL DALE
REED, MAJOR EVERETT LITZEY, JR.,
DEXTER PAYNE, CPL. DIOSCELEENE
PADILLA, GALE MCCANNALLY (All of
the Arkansas Division of Correction Ouachita
River Correctional Unit)                                          DEFENDANTS

## ORDER

      Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 20. Upon preservice screening pursuant to 28 U.S.C. § 1915A, Judge Comstock recommends that: all of Plaintiff's official capacity claims be dismissed without prejudice, Plaintiff's individual capacity claims against Defendants Gale McCannally and Paul Walter be dismissed without prejudice, and all other individual capacity claims against the remaining Defendants be allowed to proceed.

Plaintiff has not responded to the R&R and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 20) *in toto*. All of Plaintiff's official capacity claims are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's individual capacity claims against Defendants Gale McCannally and Paul Walter are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's individual capacity claims against the remaining Defendants shall be permitted to proceed.

**IT IS SO ORDERED**, this 25th day of March, 2024.

/s/ Susan O. Hickey  
Susan O. Hickey  
Chief United States District Judge